October 3, 1969

Wilkes-Barre General Municipal Authority Liquor License Case.

Argued September 12, 1969. *J. Leonard Langan,* Assistant Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *William C. Sennett,* Attorney General, for Pennsylvania Liquor Control

Board, appellant; *Donald D. McFadden,* with him
*Flanagan, Doran, Biscontini & Shaffer,* for appellee.

Order affirmed.

See Act Number 95, approved September 25, 1969.